

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER DENYING MOTION FOR EN BANC RECONSIDERATION

Appellate case name:          In re Ryan Seales

Appellate case number:     01-22-00324-CR

Trial court case number:   1561941

Trial court:                        228th District Court of Harris County

Date Motion filed:              July 20, 2022

Party filing motion:           Relator

      The en banc court unanimously voted to deny Relator's Motion for En Banc Reconsideration.  It is ordered that the motion is **denied**.


Judge's signature:              __/s/ Julie Countiss__
                                            Acting for the Court


\* En banc court consists of Chief Justice Radack and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.


Date: <u>August 25, 2022</u>